McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-03-428 DFL |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| DERIC JEFFREY BRAITO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on December 17, 2004, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Deric Jeffrey Braito forfeiting to the United States the following property:

   a.   Maxtor 40 GB hard drive, model 34098H4, serial number L406567C.

   AND WHEREAS, on April 7, 14, and 21, 2005, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Oroville Mercury Register</u> (Butte County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all

1

third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Deric Jeffrey Braito.

2. All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 9 day of June 2005.

_____
DAVID F. LEVI
Chief United States District Judge