LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff,<br><br>v.<br><br>DERIC JEFFREY BRAITO,<br><br>               Defendant, | No. CR. S-03-0428 DLJ<br><br>ORDER TO MODIFY CONDITION NUMBER 4 OF DEFENDANTS CONDITIONS OF SUPERVISED RELEASE |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties, including the declaration of Christopher H. Wing, and good cause appearing therefore, IT IS ORDERED THAT:

Condition number 4 of the Defendant's Special Conditons of Supervision is modified as follows:

4.  The defendant shall not possess or use a computer or any other device that has access to any "on-line computer services," without the permission of the probation officer.  This includes any Internet service provider, bulletin board system, or any other public or private computer network.

Dated: 9/7/07

_____
UNITED STATES DISTRICT COURT JUDGE

/ / /

1